## 4652.   GUYTON v. THE STATE.

HILL, C. J.   This being an accusation of larceny after trust, under the
Penal Code (1910), § 192 or § 194, in which there was no allegation
as to the ownership of the property alleged to have been entrusted to
and converted by the accused, a demurrer to the indictment because
of this omission should have been sustained.   *Norfleet* v. *State*, 9 *Ga
App*. 853 (72 S. E. 447).                    *Judgment reversed.*
                    DECIDED APRIL 2, 1913.

Accusation of larceny after trust; from city court of Dublin—
Judge Hicks.   January 14, 1913.

The accusation was based on an affidavit of Cæsar Plummer, and
charged Tom Guyton with "the offense of a misdemeanor, for
that the said Tom Guyton, . . unlawfully, after having been
entrusted by affiant with one certain bale of lint cotton weighing
about 615 pounds, and of the value of $36.90, for the purpose of
applying the same for the use and benefit of affiant by bringing
said cotton to Dublin and to be turned over to Sam Weichselbaum
Company on a debt that affiant owed said company, but instead
of so applying, the said Tom Guyton . . fraudulently sold said
cotton, and converted a part of the proceeds of the same, to wit,
the sum of $6.90, to his own use, and thereby injuring and dam-
aging affiant in said amount of $6.90, contrary to the laws of said
State," etc.

*Burch & Burch,* for plaintiff in error.
*George B. Davis, solicitor,* contra.